**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-1205**

_____

LADERRICK  L.  ALSTON,  a/k/a  Michael  Mike
Alston,

                              Plaintiff - Appellant,

        versus

TOWN OF WINNSBORO; JAMES JIMMY BURROUGHS, in
his individual capacity,

                              Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Joseph F. Anderson, Jr., Chief Dis-
trict Judge.  (CA-00-662-0-17)

_____

Submitted:  May 17, 2001          Decided:  May 23, 2001

_____

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

LaDerrick L. Alston, Appellant Pro Se.  Daniel Roy Settana, Jr.,
MCKAY, MCKAY & SETTANA, P.A., Columbia, South Carolina, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

LaDerrick L. Alston appeals the district court's order and judgment granting summary judgment to the Town of Winnsboro and James Jimmy Burroughs and dismissing Alston's civil rights complaint. We have reviewed the record and find no reversible error. As for Alston's claim that Burroughs did not have probable cause to arrest him and did not seek to have the charges dismissed after it was revealed that Alston was innocent, we find that Burroughs was entitled to qualified immunity. See Porterfield v. Lott, 156 F.3d 563 (4th Cir. 1998). We further find that Alston did not establish a claim against the Town of Winnsboro. See Doe v. Broderick, 225 F.3d 440, 455-56 (4th Cir. 2000). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED